# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BURGESS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | **NO. 23-1369** |

## ORDER

**NOW**, this 30th day of May, 2023, upon consideration of Plaintiff's Uncontested Motion to Vacate June 1, 2023 Deadline for Filing Amended Complaint (Doc. No. 18), it is **ORDERED** that the motion is **GRANTED**.

_/s/ Timothy J. Savage_
TIMOTHY J. SAVAGE, J.