IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BURGESS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | **NO. 23-1369** |

## ORDER

**NOW**, this 6th day of July, 2023, upon consideration of Plaintiff's Uncontested Motion to Vacate July 6, 2023 Deadline for Filing Motions to Amend Complaint and to Join or Add Additional Parties (Doc. No. 23), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the July 6, 2023 deadline for plaintiff to file an amended complaint and to join or add additional parties is **VACATED**.

_____
TIMOTHY J. SAVAGE, J.