IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW BURGESS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL BUCKS SCHOOL DISTRICT, ABRAM M. LUCABAUGH, in his official and individual capacity,<br><br>　　　　　　　　Defendants. | Civil Action No: 2:23-cv-1369-TJS |

**PLAINTIFF'S NOTICE OF INTENT TO AMEND COMPLAINT**

Pursuant to Local Rule 7.1(c), Plaintiff hereby gives notice that he intends to file an amended complaint per Federal Rule of Civil Procedure 15(a)(1)(B).

July 24, 2023

**ACLU OF PENNSYLVANIA**

By: *s/Richard T. Ting*
　　Witold Walczak (PA ID 62976)
　　Richard Ting (PA ID 200438)
P.O. Box 23058
Pittsburgh, PA 15222
412.681.7864
vwalczak@aclupa.org
rting@aclupa.org

**LeVAN STAPLETON SEGAL COCHRAN LLC**
Eli Segal (PA ID 205845)
John S. Stapleton (PA ID 200872)
Kali J. Schellenberg (PA ID 324135)
1760 Market Street, Suite 403
Philadelphia, PA 19103
215.402.6555
esegal@levanstapleton.com
jstapleton@levanstapleton.com
kschellenberg@levanstapleton.com

**SETH KREIMER, ESQUIRE**
(PA ID 26102)
3501 Sansom Street
Philadelphia, PA 19104
215.898.7447
skreimer@upenn.edu

*Attorneys for Plaintiff Andrew Burgess*

## CERTIFICATE OF SERVICE

The foregoing document is being filed via the Court's ECF system, which will electronically serve all counsel of record via Notice of Electronic Case Filing, and make the document available for viewing and downloading from the ECF system.

Dated: July 24, 2023                                                                 *s/ Richard T. Ting*

*Counsel for Plaintiff*