UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW BURGESS,<br><br>              Plaintiff,<br><br>v.<br><br><br>CENTRAL BUCKS SCHOOL DISTRICT, ABRAM M. LUCABAUGH, in his official and individual capacity,<br><br>              Defendants. | Civil Action No: 2:23-cv-01369-TJS |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

    Please withdraw my appearance on behalf of plaintiff Andrew Burgess in the above-captioned litigation.

                                          **LeVAN STAPLETON SEGAL COCHRAN LLC**

August 10, 2023                  By:  *s/ Eli Segal*
                                          Eli Segal
                                       1760 Market Street, Suite 403
                                       Philadelphia, PA 19103
                                       215.402.6555
                                       esegal@levanstapleton.com

## **CERTIFICATE OF SERVICE**

I, Eli Segal, hereby certify that, on August 10, 2023, I served a true and correct copy of the foregoing *Withdrawal of Appearance* on all counsel of record through the Court's electronic filing system.

/s/ *Eli Segal*
Eli Segal