# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW BURGESS,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL BUCKS SCHOOL DISTRICT,<br>ABRAM M. LUCABAUGH, in his official<br>and individual capacity,<br><br>    Defendants. | Civil Action No: 2:23-cv-01369-TJS |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Please withdraw my appearance on behalf of plaintiff Andrew Burgess in the above-captioned litigation.

                                                    **LeVAN STAPLETON SEGAL COCHRAN LLC**

August 10, 2023                By: /s/ *John S. Stapleton*
                                                   John S. Stapleton
                                                  1760 Market Street, Suite 403
                                                  Philadelphia, PA 19103
                                                  215.561.1500
                                                  jstapleton@levanstapleton.com

## **CERTIFICATE OF SERVICE**

I, John S. Stapleton, hereby certify that, on August 10, 2023, I served a true and correct copy of the foregoing *Withdrawal of Appearance* on all counsel of record through the Court's electronic filing system.

/s/ *John S. Stapleton*
John S. Stapleton