UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW BURGESS,<br><br>            Plaintiff,<br><br>v.<br><br><br>CENTRAL BUCKS SCHOOL DISTRICT,<br>ABRAM M. LUCABAUGH, in his official<br>and individual capacity,<br><br>            Defendants. | Civil Action No: 2:23-cv-01369-TJS |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Please withdraw my appearance on behalf of plaintiff Andrew Burgess in the above-captioned litigation.

                                                     **LeVAN STAPLETON SEGAL COCHRAN LLC**

August 10, 2023                By: /s/ *Kali J. Schellenberg*
                                                Kali J. Schellenberg
                                             1760 Market Street, Suite 403
                                             Philadelphia, PA 19103
                                             215.714.9859
                                             kschellenberg@levanstapleton.com

**CERTIFICATE OF SERVICE**

I, Kali J. Schellenberg, hereby certify that, on August 10, 2023, I served a true and correct copy of the foregoing *Withdrawal of Appearance* on all counsel of record through the Court's electronic filing system.

/s/ *Kali J. Schellenberg*
Kali J. Schellenberg