IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BURGESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | |
| **And ABRAM M. LUCABAUGH, In** | : | |
| **His Official and Individual Capacity** | : | **NO. 23-1369** |

## ORDER

**NOW**, this 14th day of August, 2023, upon consideration of Defendants' Motion for Partial Dismissal of Plaintiff's Complaint Pursuant to FRCP 12(B)(6) (Doc. No. 25) and the plaintiff having filed an Amended Complaint, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.