**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW BURGESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | |
| **and ABRAM M. LUCABAUGH, In His** | : | |
| **Official and Individual Capacity** | : | **NO. 23-1369** |

## ORDER

**NOW**, this 29th day of August, 2023, upon consideration of Plaintiff's Motion to File Under Seal (Doc. No. 33) and the defendants' response, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.