# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BURGESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | |
| **and ABRAM M. LUCABAUGH, In His** | : | |
| **Official and Individual Capacity** | : | **NO. 23-1369** |

## ORDER

**NOW**, this 12th day of October, 2023, upon consideration of plaintiff's Motion to Compel (Doc. No. 51), it is **ORDERED** that the defendants shall respond to the motion no later than **Monday, October 16, 2023**.

_____
TIMOTHY J. SAVAGE, J.