# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BURGESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | |
| **and ABRAM M. LUCABAUGH, In His** | : | |
| **Official and Individual Capacity** | : | **NO. 23-1369** |

## ORDER

**NOW**, this 23rd day of October, 2023, upon consideration of the Defendants' Motion for Partial Dismissal of Plaintiff's Amended Complaint Pursuant to FRCP 12(b)(6) (Doc No. 47) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED.**

_____
TIMOTHY J. SAVAGE, J.