IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW BURGESS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTRAL BUCKS | : | |
| SCHOOL DISTRICT, et al. | : | NO. 23-1369 |

**O R D E R**

AND NOW, this 6th day of November, 2023, upon consideration of Plaintiff's Motion to Compel Production of Documents, docketed as ECF No. 51, and the response and reply thereto, it is HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as described in my Opinion of even date; and

Upon consideration of Defendant's Motion for a Protective Order, docketed as ECF No. 55, and the response thereto, it is HEREBY ORDERED that the Motion is DENIED as described in my Opinion of event date.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE