# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BURGESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | |
| **and ABRAM M. LUCABAUGH, In His** | : | |
| **Official and Individual Capacity** | : | **NO. 23-1369** |

## ORDER

**NOW**, this 16th day of November, 2023, upon consideration of plaintiff's request, it is **ORDERED** that Dr. Abram M. Lucabaugh shall not delete any information, confidential and otherwise, from his laptop issued by defendant Central Bucks School District.

_____
TIMOTHY J. SAVAGE, J.