UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW BURGESS, | : |
|     Plaintiff | : |
| | :    CIVIL ACTION NO. 23-cv-01369 |
| v. | : |
| | : |
| CENTRAL BUCKS SCHOOL DISTRICT, | : |
| ABRAM M. LUCABAUGH, in his | |
| official and individual capacity, | : |
|     Defendants | : |

ORDER

AND NOW, this 17th day of November, 2023, upon consideration of the Defendants' uncontested request for an extension of time within which to comply with my Order of November 6, 2023, docketed at ECF Doc. 61, it is ORDERED that said request is GRANTED;

It is further ORDERED that Defendants must begin a rolling production no later than November 20, 2023, must produce discovery in an ongoing fashion, and must complete their production of documents no later than December 2, 2023.

BY THE COURT:

/s/ Scott W. Reid

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE