| | |
|---|---|
| **Sweet, Stevens, Katz & Williams LLP**<br>By:   David F. Conn, Esquire<br>         Identification No. 82445<br>331 East Butler Avenue<br>P.O. Box 5069<br>New Britain, Pennsylvania 18901<br>(215) 345-9111<br>dconn@sweetstevens.com | *Attorney for Defendant,*<br>*Central Bucks School District* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW BURGESS**<br>        Plaintiff<br><br>        v.<br><br>**CENTRAL BUCKS SCHOOL DISTRICT**<br>**and ABRAM M. LUCABAUGH, In His**<br>**Official and Individual Capacity**<br>        Defendants | Civil Action<br><br><br>No. 2:23-cv-01369-TJS<br>Jury Trial Demand<br><br><br>Hon. Timothy J. Savage |

### WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel on behalf of Defendant, Central Bucks School District, in the above-captioned matter.

                                                                                                     SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: February 21, 2024                  By: */s/David F. Conn*
                                                                            David F. Conn, Esquire, Atty. I.D. # 82445
                                                                             Attorney for Defendant,
                                                                             Central Bucks School District

| | |
|---|---|
| **Sweet, Stevens, Katz & Williams LLP** | *Attorney for Defendant,* |
| By:   David F. Conn, Esquire | *Central Bucks School District* |
|        Identification No. 82445 | |
| 331 East Butler Avenue | |
| P.O. Box 5069 | |
| New Britain, Pennsylvania 18901 | |
| (215) 345-9111 | |
| dconn@sweetstevens.com | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BURGESS** | : | Civil Action |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 2:23-cv-01369-TJS |
| | : | Jury Trial Demand |
| **CENTRAL BUCKS SCHOOL DISTRICT** | : | |
| **and ABRAM M. LUCABAUGH, In His** | : | |
| **Official and Individual Capacity** | : | Hon. Timothy J. Savage |
|     Defendants | | |

### CERTIFICATE OF SERVICE

I, David F. Conn, Esquire, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance is available and was served through the Court's ECF filing, with a courtesy copy being provided by email to:

| | |
|---|---|
| Vic Walczak, Esq. | Sharon O'Donnell, Esq. |
| P.O. Box 23058 | 200 Corporate Center Drive |
| Pittsburgh, Pennsylvania 15222 | Suite 300 |
| | Camp Hill, Pennsylvania 17011 |

                                                              SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: February 21, 2024                By: */s/David F. Conn*
                                                               David F. Conn, Esquire, Atty. I.D. # 82445
                                                               Attorney for Defendant,
                                                               Central Bucks School District