IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW BURGESS,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL BUCKS SCHOOL DISTRICT, ABRAM M. LUCABAUGH, in his official and individual capacity,<br><br>    Defendants. | Civil Action No: 2:23-cv-1369-TJS |

**STIPULATED DISMISSAL OF DEFENDANT, ABRAM M. LUCABAUGH**

The parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(A)(1)(a), to the dismissal of Defendant Abram M. Lucabaugh, both in his official and individual capacity, from the above-captioned lawsuit. The caption should hereby be changed to reflect Defendant Lucabaugh's dismissal.

/s/ Sharon M. O'Donnell
Sharon M. O'Donnell, Esquire
Marshall Dennehey
200 Corporate Center Drive
Suite 300
Camp Hill, PA 17011
SMODonnell@MDWCG.com

*Attorney for Defendants*

/s/ Witold J. Walczak
Witold J. Walczak, Esquire (PA ID 62976)
Richard Ting, Esquire (PA ID 200438)
American Civil Liberties Union of Pennsylvania
P.O. Box 23058
Pittsburgh, PA 15222
Telephone: (412) 681-7736
Fax: (412) 681-8707
VWalczak@aclupa.org

*Attorneys for Plaintiff*

So ordered.

_____
Hon. Timothy Savage, Senior U.S.D.J.

Dated: _____