IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW BURGESS,

           Plaintiff,

  v.

CENTRAL BUCKS SCHOOL DISTRICT,

           Defendant.

## STIPULATION OF DISMISSAL

AND NOW, come all parties, by and through their respective counsel, and consistent with a Settlement Agreement entered into by the parties, hereby enter into a STIPULATION OF DISMISSAL of all claims of PLAINTIFF ANDREW BURGESS against the only remaining DEFENDANT, CENTRAL BUCKS SCHOOL DISTRICT, in the above-captioned matter, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Stipulated and agreed to by:

| | |
|---|---|
| *s/ Witold J. Walczak* | *s/ Sharon M. O'Donnell* |
| Attorney for Plaintiff Andrew Burgess | Attorney for Defendant Central Bucks School District |
| | |
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA | MARSHALL DENNEHEY |
| Witold J. Walczak | Sharon M. O'Donnell, Esquire |
| Pa. ID No. 62976 | PA I.D. No. 79457 |
| P.O. Box 23058 | 100 Corporate Center Dr., Suite 201 |
| Pittsburgh, PA 15222 | Camp Hill, PA 17011 |
| (412) 681-7736 | (717) 651-3503 |
| vwalczak@aclupa.org | smodonnell@mdwcg.com |